AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SIRAGUSA, CHARLES J. | U.S. DISTRICT COURT, WDNY | 10/29/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.DISTRICT JUDGE (SENIOR) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

1360 UNITED STATES COURTHOUSE
100 STATE STREET
ROCHESTER, NEW YORK 14614

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADVISORY BOARD MEMBER | COBBLESTONE ARTS CENTER |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. PENSION | | NEW YORK STATE RETIREMENT SYSTEM (STARTED TO RECIEVE BENEFITS AS OF NOVEMBER 1, 2005) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/29/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | ATTORNEY (PRIVATE PRACTICE) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M & T BANK | A | Interest | L | T | | | | | |
| 2. ACCOUNT # 1: | | | | | | | | | |
| 3. COVIDIEN PLC (X) | A | Dividend | J | T | | | | | |
| 4. ASML HLDG NV NEW YORK REG | A | Dividend | J | T | Sold (part) | 03/25/13 | J | A | |
| 5. AMC NETWORKS INC (Y) | | | | | | | | | |
| 6. AKAMAI TECHNOLOGIES | | None | J | T | Buy (add'l) | 02/12/13 | J | | |
| 7. AKAMAI TECHNOLOGIES | | None | | | Sold (part) | 09/19/13 | J | A | |
| 8. AMAZON COM INC | | None | J | T | Sold (part) | 7/17/13 | J | A | |
| 9. AMGEN INC. | A | Dividend | J | T | | | | | |
| 10. ANADARKO PETROLEUM CORP. | A | Dividend | J | T | | | | | |
| 11. ANHEUSER-BUSCH INBEV SPONS | A | Dividend | J | T | | | | | |
| 12. APACHE CORP | A | Dividend | | | Sold | 05/23/13 | J | A | |
| 13. APPLE INC | A | Dividend | J | T | Buy (add'l) | 07/08/13 | J | | |
| 14. ARYZTA AG ZUERICH | | None | J | T | Buy | 11/13/13 | J | | |
| 15. ATLAS COPCO AB SPONS ADR NEW RPSTG CL B - USD (Y) | | | | | | | | | |
| 16. AUTODESK | | None | J | T | | | | | |
| 17. AXA UAP SPONS ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BANCO BILBAO VIZ ARG SA ADS | | None | J | T | Buy | 12/12/13 | J | | |
| 19. BASF AG SPONS ADR | | None | J | T | Buy (add'l) | 11/19/13 | J | | |
| 20. BARCLAYS SE (X) | A | Dividend | J | T | Buy (add'l) | 03/08/13 | J | | |
| 21. BARCLAYS SE (X) | | | | | Sold (part) | 09/25/13 | J | A | |
| 22. BED BATH & BEYOND | | None | J | T | Sold (part) | 9/23/13 | J | A | |
| 23. BHP BILLITON LTD SPONS ADR (X) | A | Dividend | | | Buy (add'l) | 5/29/13 | J | | |
| 24. BHP BILLITON LTD SPONS ADR (X) | | | | | Sold | 12/23/13 | J | A | |
| 25. BLACKROCK INC. | A | Dividend | J | T | | | | | |
| 26. BIOGEN IDEC INC. | | None | J | T | Sold (part) | 05/13/13 | J | C | |
| 27. BROADCOMM CORP | | None | J | T | Buy (add'l) | 08/15/13 | J | | |
| 28. CABLEVISION SYSTEMS CORP.CL A | A | Dividend | J | T | Buy (add'l) | 05/29/13 | J | | |
| 29. CAMERON INTERNATIONAL CORP | | None | J | T | Buy (add'l) | 08/05/13 | J | | |
| 30. CANON INC. ADR | A | Dividend | J | T | Buy (add'l) | 05/29/13 | J | | |
| 31. CANON INC. ADR | | | | | Sold (part) | 11/06/13 | J | A | |
| 32. CATERPILLAR INC | A | Dividend | J | T | Buy | 05/22/13 | J | | |
| 33. CELGENE CORP | | None | J | T | Sold (part) | 09/18/13 | J | A | |
| 34. CHARLES SCHWAB CORP (X) | A | Dividend | J | T | Sold (part) | 05/31/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. CISCO SYSTEMS INC | A | Dividend | | | Sold | 04/22/13 | J | A | |
| 36. CITRIX SYSTEMS INC | | None | J | T | Buy (add'l) | 05/22/13 | J | | |
| 37. CME GROUP INC. CLASS A | A | Dividend | J | T | | | | | |
| 38. COCA COLA CO. | A | Dividend | J | T | | | | | |
| 39. COMCAST CORP CL A-SPL | A | Dividend | J | T | Sold (part) | 02/07/13 | J | A | |
| 40. CREE INC. | | None | J | T | | | | | |
| 41. CRH PLC AD-USD K | A | Dividend | J | T | Buy (add'l) | 05/29/13 | J | | |
| 42. CRH PLC AD-USD K | | | | | Sold (part) | 09/11/13 | J | A | |
| 43. CVS CAREMARK CORP | A | Dividend | J | T | | | | | |
| 44. DANONE SPONS (X) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 45. DEERE & CO (X) | A | Dividend | | | Sold | 07/30/13 | J | A | |
| 46. DIAGEO PLC -SPONSORED ADR NEW | A | Dividend | J | T | | | | | |
| 47. DIRECTV CL A (X) | | None | J | T | | | | | |
| 48. DOLBY LABORATORIES INC CLASS A | | None | J | T | | | | | |
| 49. EMC CORP-MASS (X) | A | Dividend | J | T | Buy (add'l) | 05/03/13 | J | | |
| 50. ENSCO PLC CLASS A | A | Dividend | J | T | Buy | 05/29/13 | J | | |
| 51. ENSCO PLC CLASS | | | | | Sold (part) | 10/02/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. EOG RESOURCES INC (X) | A | Dividend | | | Sold | 04/18/13 | J | A | |
| 53. EATON CORP | A | Dividend | J | T | Sold (part) | 05/31/13 | J | A | |
| 54. EBAY INC. | | None | J | T | Sold (part) | 08/13/13 | J | A | |
| 55. ELSTER GROUP SE ADR | | None | | | | | | | SEE PART VIII #3. |
| 56. FACEBOOK INC CL-A | | None | J | T | Buy | 06/11/13 | J | | |
| 57. FLUOR CORP NEW | A | Dividend | J | T | | | | | |
| 58. FOREST LABORATORIES | | None | J | T | Buy (add'l) | 02/21/13 | J | | |
| 59. FREEPORT MCMMORAN COPPER & GOLD CL B (Y) | | | | | | | | | |
| 60. GENERAL ELECTRIC (X) | A | Dividend | J | T | | | | | |
| 61. GOOGLE INC CL A | | None | J | T | | | | | |
| 62. GRUPO TELEVISA SA DE CV GLOBAL | A | Dividend | J | T | Sold (part) | 12/09/13 | J | A | |
| 63. HSBC HOLDINGS PLC SPONS ADR NEW COMMON STOCK (Y) | | | | | | | | | |
| 64. HITACHI 10 COM NEW ADR | | None | J | T | Buy | 12/24/13 | J | | |
| 65. HOME DEPOT | A | Dividend | J | T | Sold (part) | 06/21/13 | J | A | |
| 66. HONDA MOTOR CO. | A | Dividend | J | T | | | | | |
| 67. HONG KONG & CHINA GAS LTD. SPONSORED ADR | A | Dividend | J | T | Sold (part) | 07/01/13 | J | A | |
| 68. HOYA CORP SPONS ADR | | None | J | T | Buy | 11/13/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. HUTCHINSON WHAMPOA LTD-ADR K (X) | A | Dividend | J | T | | | | | |
| 70. ICON PLC SP ADR (X) | | None | J | T | Buy (add'l) | 11/19/13 | J | | |
| 71. IMMUNOGEN INC (Y) | | | | | | | | | |
| 72. ING GROEP NV SPONS ADRK (X) | | None | J | T | Buy (add'l) | 05/29/13 | J | | |
| 73. INTUIT INC (X) | A | Dividend | J | T | Sold | 11/22/13 | J | A | |
| 74. ISIS PHARMACEUTICALS (X) | | None | J | T | Sold (part) | 12/18/13 | J | A | |
| 75. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 76. JUNIPER NETWORKS INC. | | None | J | T | Buy (add'l) | 05/29/13 | J | | |
| 77. KOMATSU LTD SPON ADR | A | Dividend | J | T | Sold (part) | 11/06/13 | J | A | |
| 78. L 3 COMMUNICATIONS HLDGS INC. | A | Dividend | J | T | | | | | |
| 79. -LIBERTY MEDIA CORP LIBERTY CAP CLASS A (X) | | None | J | T | | | | | |
| 80. LIBERTY MEDIA HOLDG CORP INTERACTIVE SER A (X) | | None | J | T | | | | | |
| 81. METTLER TOLEDO INTERNATIONAL INC. COMMON STOCK | | None | J | T | | | | | |
| 82. MICROSOFT CORP | A | Dividend | J | T | Sold (part) | 10/10/13 | J | A | |
| 83. MITSUBISHI TOKYO FINANCIAL GROUP SPONS ADR | A | Dividend | J | T | | | | | |
| 84. MONSANTO CO | A | Dividend | J | T | | | | | |
| 85. NASDAQ OMX GROUP INC. (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. NATIONAL OILWELL VARCO (X | A | Dividend | J | T | | | | | |
| 87. NESTLE SA SPONSORED ADR REPSTG REG SH | A | Dividend | J | T | | | | | |
| 88. NETAPP INC (X) | A | Dividend | J | T | Buy (add'l) | 05/31/13 | J | | |
| 89. NEWS CORP CLASS B | A | Dividend | | | Sold | 07/02/13 | J | A | |
| 90. NIKE INC CLASS B | A | Dividend | J | T | Sold (part) | 09/23/13 | J | A | |
| 91. NOVARTIS AG ADR K (X) | A | Dividend | J | T | | | | | |
| 92. NOVO NORDISK A S ADR | A | Dividend | J | T | Buy (add'l) | 10/29/13 | J | | |
| 93. NUCOR CORP | A | Dividend | J | T | Buy (add'l) | 05/29/13 | J | | |
| 94. ONO PHARMACEUTICAL CO LTD ADR | | None | J | T | Buy | 11/13/13 | J | | |
| 95. ORIX CORP SPONS ADR | A | Dividend | J | T | | | | | |
| 96. PALL CORP. | A | Dividend | J | T | | | | | |
| 97. PEPSICO | A | Dividend | J | T | | | | | |
| 98. PROCTOR & GAMBLE CO (X) | A | Dividend | J | T | Sold (part) | 12/12/13 | J | A | |
| 99. QUALCOMM INC (X) | A | Dividend | J | T | | | | | |
| 100. RIO TINTO PLC-GBP K | A | Dividend | J | T | Buy (add'l) | 05/29/13 | J | | |
| 101. RIVERBED TECH INC | | None | J | T | Buy | 09/11/13 | J | | |
| 102. ROYAL DUTCH SHELL PLC CL B | A | Dividend | J | T | Buy | 02/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ROYAL DUTCH SHELL PLC CL B | | | | | Sold (part) | 11/06/13 | J | A | |
| 104. SAFRAN SA | | None | J | T | Buy | 12/12/13 | J | | |
| 105. SANDISK CORP | A | Dividend | J | T | Buy (add'l) | 08/02/13 | J | | |
| 106. SAP SPONS ADR-USD | A | Dividend | J | T | | | | | |
| 107. SCHLUMBERGER LTD | A | Dividend | J | T | Buy (add'l) | 10/07/13 | J | | |
| 108. SEAGATE TECHNOLOGY | A | Dividend | J | T | Sold (part) | 12/18/13 | J | B | |
| 109. SHIRE PLC (X) | A | Dividend | J | T | Buy (add'l) | 11/19/13 | J | | |
| 110. SIGNET JEWELERS LIMITED (X) | A | Dividend | J | T | | | | | |
| 111. SUMITOMO MITSUI FINL GROUP INC | A | Dividend | J | T | Buy | 09/16/13 | J | | |
| 112. SUNCOR ENERGY INC NEW (X) | A | Dividend | J | T | Buy (add'l) | 05/29/13 | J | | |
| 113. TE CONNECTIVITY LTD-CHF | A | Dividend | J | T | | | | | |
| 114. TELEFONICA S.A. SPONS ADR (X) | A | Dividend | J | T | Buy (add'l) | 05/29/13 | J | | |
| 115. TEXAS INSTRUMENTS (X) | A | Dividend | J | T | | | | | |
| 116. THERMO FISHER | A | Dividend | J | T | Sold (part) | 07/17/13 | J | A | |
| 117. TOTAL S.A.SPONS. ADR (X) | A | Dividend | J | T | Sold | 01/29/13 | J | A | |
| 118. TREND MICRO INC SPON AD (X) | A | Dividend | J | T | Buy (add'l) | 05/29/13 | J | | |
| 119. TWENY-FIRST CENTURY FOX CL B (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. TYCO INTERNATIONAL LTD. NEW | A | Dividend | J | T | | | | | |
| 121. UBS AG-CHF | A | Dividend | J | T | | | | | |
| 122. UNITED OVERSEAS BANK LTD SPONS ADR | A | Dividend | J | T | | | | | |
| 123. UNITED PARCEL SERVICE CL B | A | Dividend | J | T | | | | | |
| 124. UNITEDHEALTH GROUP INC. | A | Dividend | J | T | Buy (add'l) | 10/24/13 | J | | |
| 125. VERTEX (X) | | None | J | T | | | | | |
| 126. VISA INC | A | Dividend | J | T | Sold (part) | 07/17/13 | J | A | |
| 127. VODAFONE GROUP PLC SP ADR (X) | A | Dividend | J | T | Buy (add'l) | 05/29/13 | J | | |
| 128. WALT DISNEY CO | A | Dividend | J | T | Sold (part) | 07/17/13 | J | A | |
| 129. WEATHERFORD INTL LTD | | None | J | T | Buy (add'l) | 05/08/13 | J | | |
| 130. WOLSELEY PLC JERSEY SPNSRD ADR | A | Dividend | J | T | Buy | 03/08/13 | J | | |
| 131. WOLSELEY PLC JERSEY SPNSRD ADR | | | | | Sold (part) | 12/03/13 | J | A | |
| 132. YAHOO! JAPAN CP UNSPON ADR | | None | J | T | Buy | 12/24/13 | J | | |
| 133. YUM BRANDS INC | A | Dividend | J | T | Buy | 10/15/13 | J | | |
| 134. ACCOUNT # 2: | | | | | | | | | |
| 135. -BLACKROCK GLOBAL SCIENCE & TECH OPPORT PORTFOLIO CL INSTL | | None | J | T | | | | | |
| 136. -BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ACCOUNT # 3: | | | | | | | | | |
| 138. -SMITH BARNEY BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 139. IRA #1: | | | | | | | | | |
| 140. -TACTICAL DIVERSIFIED FUTURES | | None | K | T | | | | | |
| 141. IRA #2: | | | | | | | | | |
| 142. -GOLDMAN SACHS SMALL VALUE FUND CLASS B | A | Dividend | J | T | | | | | |
| 143. IRA #3: | | | | | | | | | |
| 144. -BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | | None | J | T | | | | | |
| 145. IRA #4: | | | | | | | | | |
| 146. -BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | | None | J | T | | | | | |
| 147. COLLEGE SAVINGS PROGRAM #1: | | | | | | | | | |
| 148. -DEVELOPED MARKETS INDEX PORTFOLIO | | None | L | T | Buy | 12/18/13 | J | | |
| 149. COLLEGE SAVINGS PROGRAM #2 | | | | | | | | | |
| 150. -DEVELOPED MARKETS INDEX PORFOLIO | | None | L | T | Buy | 12/18/13 | J | | |
| 151. DEFERRED COMPENSATION | | None | K | T | | | | | |
| 152. -OPPENHEIMER MAIN ST. OPP. A | | | | | | | | | |
| 153. -VT FIDELITY CONTRAFUND | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -DODGE AND COX INTL STOCK | | | | | | | | | |
| 155. IRA #5 | | | | | | | | | |
| 156. BANK DEPOSIT PROGRAM CITIBANK, N.A. | A | Interest | J | T | | | | | |
| 157. GOLDMAN SACHS SMALL VALUE FUND CLASS B COMMON STOCK | A | Dividend | J | T | | | | | |
| 158. PIMCO REAL RETURN COMMODITY STRATEGY FUND CL C | A | Dividend | J | T | | | | | |
| 159. COEUR D ALENE MINE CORP | | | | | | | | | See PartVIII # 1 |
| 160. GAMCO GLOBAL GOLD NATURAL RESO | A | Dividend | J | T | | | | | 1 |
| 161. ISHARES SILVER TRUST EQUITY | | None | J | T | | | | | |
| 162. BLACKROCK GLOBAL ALLOCATION | A | Dividend | K | T | | | | | sEE pART viii # 2 |
| 163. -COHEN & STEERS INTL REALTY FD | A | Dividend | J | T | | | | | |
| 164. MARKET VECTORS GOLD MINERS | A | Dividend | J | T | Buy | 04/29/13 | J | | |
| 165. SPDR GOLD TR GOLD | | None | J | T | Buy | 04/29/13 | J | | |
| 166. -ABINGDON FUTURES FUND LP CLASS A | | None | K | T | | | | | |
| 167. -TACTICAL DIFERSIFIED FUTURES FUND LP | | None | K | T | | | | | |
| 168. ACCOUNT # 4 | | | | | | | | | |
| 169. CITIBANK N.A. | A | Interest | K | T | | | | | |
| 170. AB ELECTROLUX SPON ADR | | None | J | T | Buy | 7/18/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ACCENTURE PLC (Y) | | | | | | | | | |
| 172. ADECCO SA UNSPON ADR (X) | A | Dividend | J | T | | | | | |
| 173. ALLIED WORLD ASSURANCE CO HLDGS | A | Dividend | J | T | Sold (part) | 12/09/13 | J | A | |
| 174. AMC NETWORKS INC (X) | | None | J | T | Buy (add'l) | 09/24/13 | J | | |
| 175. AKAMAI TECHNOLOGIES | A | Dividend | J | T | | | | | |
| 176. AKZO NOBEL | A | Dividend | J | T | Sold (part) | 05/15/13 | J | A | |
| 177. AMADEUS IT HLDG SA UNSPON ADR | A | Dividend | J | T | Buy | 02/14/13 | J | | |
| 178. AMAZON | | None | J | T | Sold (part) | 07/22/13 | J | A | |
| 179. AMC NETWORKS INC CL A (X) | | None | J | T | | | | | |
| 180. AMGEN INC (X) | A | Dividend | J | T | | | | | |
| 181. ANADARKO PETROLEUM CORP | A | Dividend | J | T | | | | | |
| 182. ANHEUSER-BUSCH | A | Dividend | J | T | | | | | |
| 183. APACHE CORP | A | Dividend | | | Buy (add'l) | 05/01/13 | J | | |
| 184. APACHE CORP | | | | | Sold | 08/22/13 | J | A | |
| 185. APPLE INC | A | Dividend | J | T | Buy (add'l) | 07/08/13 | J | | |
| 186. APPLIED MATERIALS INC DELWARE | A | Dividend | J | T | | | | | |
| 187. ARYZTA AG ADR | A | Dividend | J | T | Sold (part) | 10/25/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. AT&T INC. | A | Dividend | J | T | | | | | |
| 189. AUTODESK INC. | | None | J | T | | | | | |
| 190. AVIVA PLC ADR | A | Dividend | J | T | Buy (add'l) | 07/02/13 | J | | |
| 191. AXA S.A. SPONS ADR | A | Dividend | J | T | Buy (add'l) | 07/23/13 | J | | |
| 192. AXIS CAPITAL HOLDINGS LTD | A | Dividend | J | T | | | | | |
| 193. BAKER HUGHES INC. (Y) | | | | | | | | | |
| 194. BARCLAYS PLC | A | Dividend | J | T | Sold (part) | 09/30/13 | J | A | |
| 195. BAYER AG SPONSORED ADR | A | Dividend | J | T | Sold (part) | 05/15/13 | J | A | |
| 196. BED BATH & BEYOND (Y) | | | | | | | | | |
| 197. BHP BILLITON LTD SPONS | A | Dividend | J | T | | | | | |
| 198. BIOGEN IDEC INC | | None | J | T | Sold (part) | 05/08/13 | J | C | |
| 199. BLACKROCK INC. | A | Dividend | J | T | | | | | |
| 200. BNP PARIBAS SP ADR REPSTG | | None | J | T | Buy | 07/31/13 | J | | |
| 201. BOEING CO. | A | Dividend | J | T | | | | | |
| 202. BRIDGESTONE CORP (X) | A | Dividend | | | Sold | 07/09/13 | J | A | |
| 203. BROADCOM CORP CL A | A | Dividend | J | T | Buy (add'l) | 08/15/13 | J | | |
| 204. C&C GRP PLC SPONS ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. CME GROUP INC CLASS A | A | Dividend | J | T | | | | | |
| 206. CNOOC LTD SPONS ADR (Y) | | | | | | | | | |
| 207. CVS CAREMARK CORP | A | Dividend | J | T | | | | | |
| 208. CABLEVISION SYSTEMS CORP | A | Dividend | J | T | | | | | |
| 209. CANADIAN NATURAL RES | A | Dividend | | | Sold | 07/22/13 | J | A | |
| 210. CAMERON INTERNATIONAL CORP | | None | J | T | | | | | |
| 211. CARNIVAL PLC ADR (X) | A | Dividend | J | T | | | | | |
| 212. CARNIVAL CORP | A | Dividend | J | T | Buy (add'l) | 09/27/13 | J | | |
| 213. CARNIVAL CORP | | | | | Sold (part) | 12/13/13 | J | A | |
| 214. CARNIVAL CP NEW PAIRED COM | A | Dividend | J | T | Buy | 09/26/13 | J | | |
| 215. CARNIVAL CP NEW PAIRED COM | | | | | Sold (part) | 12/18/13 | J | A | |
| 216. CATERPILLAR INC | A | Dividend | J | T | Buy | 05/22/13 | J | | |
| 217. CELESIO AG UNSPONS ADR | A | Dividend | | | Sold | 08/09/13 | J | A | |
| 218. CELGENE CORP | | None | J | T | Sold (part) | 07/29/13 | J | B | |
| 219. CHEVRON CORP | A | Dividend | J | T | | | | | |
| 220. CHARLES SCHWAB CORP | A | Dividend | J | T | Sold (part) | 06/05/13 | J | A | |
| 221. CHUBB CORP. | A | Dividend | J | T | Sold (part) | 07/26/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. CISCO SYS INC | A | Dividend | J | T | Sold (part) | 04/24/13 | J | A | |
| 223. CITIGROUP INC NEW | A | Dividend | J | T | Buy | 12/26/13 | J | | |
| 224. CITRIX SYSTEMS INC | | None | J | T | Buy (add'l) | 07/01/13 | J | | |
| 225. COACH INC | A | Dividend | J | T | Buy | 05/01/13 | J | | |
| 226. COCA-COLA CO. | A | Dividend | J | T | | | | | |
| 227. COMCAST CORP CL A STOCK | A | Dividend | J | T | Sold (part) | 01/31/13 | J | B | |
| 228. COVIDIEN LTD | A | Dividend | J | T | | | | | |
| 229. CREDIT SUISSE GROUP (X) | A | Dividend | J | T | Sold (part) | 05/20/13 | J | A | |
| 230. CREE INC. | | None | J | T | Sold (part) | 05/16/13 | J | A | |
| 231. DBS GROUP HLDG LTD (Y) | | | | | | | | | SEE PART VIII #4. |
| 232. DAIMLER AG | A | Dividend | J | T | Sold (part) | 07/31/13 | J | A | |
| 233. DEERE & CO. | A | Dividend | | | Sold | 07/30/13 | J | A | |
| 234. DEVON ENERGY CORP NEW | A | Dividend | J | T | | | | | |
| 235. WALT DISNEY CO. | A | Dividend | J | T | Sold (part) | 05/16/13 | J | B | |
| 236. DIRECTV CL A | | None | J | T | | | | | |
| 237. DOLBY LABORATORIES INC CLASS A | | None | J | T | Buy (add'l) | 02/28/13 | J | | |
| 238. DON QUIJOTE CO LTD UNSP ADR (X) | A | Dividend | | | Sold | 11/21/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. DOVER CORP. | A | Dividend | | | Sold | 09/27/13 | J | B | |
| 240. DU PONT EL DE NEMOURS & CO | A | Dividend | J | T | Sold (part) | 07/25/13 | J | A | |
| 241. EMC CORP-MASS | A | Dividend | J | T | Buy (add'l) | 05/03/13 | J | | |
| 242. EOG RESOURCES INC | A | Dividend | | | Sold | 04/18/13 | J | A | |
| 243. EATON CORP | A | Dividend | J | T | Sold (part) | 06/05/13 | J | A | |
| 244. EBAY INC. | | None | J | T | Sold (part) | 08/16/13 | J | A | |
| 245. EMCOR GROUP INC (Y) | | | | | | | | | |
| 246. EMERSON ELECTRIC CO | A | Dividend | | | Sold | 07/24/13 | J | B | |
| 247. ENSCO PLC CLASS A | A | Dividend | | | Sold | 04/16/13 | J | A | |
| 248. ERICSSON LM TEL CO CL B ADR NEW | A | Dividend | J | T | Sold (part) | 04/29/13 | J | A | |
| 249. EXPRESS SCRIPTS HLDG CO COM | | None | J | T | Sold (part) | 08/01/13 | J | A | |
| 250. EXXON MOBIL CORP | A | Dividend | J | T | | | | | |
| 251. FACEBOOK INC | | None | J | T | Buy | 06/11/13 | J | | |
| 252. FIRST REPUBLIC BANK (X) | A | Dividend | J | T | | | | | |
| 253. FLETCHER BLGD LTD | A | Dividend | J | T | | | | | |
| 254. FLUOR CORP NEW | A | Dividend | J | T | Sold (part) | 10/02/13 | J | A | |
| 255. FOREST LABORATORIES INC. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. FRANKLIN RESOURCES | A | Dividend | J | T | | | | | |
| 257. FREEPORT & MCMORAN COPPER & GOLD CL B | A | Dividend | J | T | | | | | |
| 258. GAP INC. DELAWARE | A | Dividend | | | Sold | 01/16/13 | J | A | |
| 259. GENERAL ELECTRIC CO | A | Dividend | J | T | Buy (add'l) | 11/18/13 | J | | |
| 260. GLAXOSMITHKLINE PLC SP ADR | A | Dividend | J | T | | | | | |
| 261. GOLDMAN SACHS GRP INC | A | Dividend | J | T | Buy (add'l) | 03/12/13 | J | | |
| 262. GOOGLE INC CLASS A | | None | J | T | | | | | |
| 263. GREENHILL & CO INC | A | Dividend | J | T | Sold (part) | 04/15/13 | J | A | |
| 264. GTECH S P A SPONSORED ADR | | None | J | T | Buy | 07/19/13 | J | | |
| 265. H LUNDBECK A/S-ADR (Y) | | | | | | | | | |
| 266. HSBC HOLDINGPLC SP ADR NEW | A | Dividend | J | T | Sold (part) | 08/13/13 | J | A | |
| 267. HALLIBURTON CO HOLDINGS CO | A | Dividend | J | T | Sold (part) | 04/09/13 | J | A | |
| 268. HEIDELBERG CEMENT ADR | A | Dividend | J | T | | | | | |
| 269. HESS CORP | A | Dividend | J | T | Sold (part) | 04/25/13 | J | A | |
| 270. HITACHI 10 COM NEW ADR | A | Dividend | J | T | Buy | 07/15/13 | J | | |
| 271. HOME DEPOT INC. | A | Dividend | J | T | Sold (part) | 06/26/13 | J | A | |
| 272. HONEYWELL INTL INC | A | Dividend | J | T | Sold (part) | 11/18/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. HOYA CORP | A | Dividend | J | T | Buy (add'l) | 07/08/13 | J | | |
| 274. IMMUNOGEN INC (Y) | | | | | | | | | |
| 275. IMPERIAL TOBACCO GROUP | A | Dividend | | | Sold | 07/19/13 | J | A | |
| 276. INCITEC HOLDINGS PLC SPON ADR | | None | J | T | Buy | 11/18/13 | J | | |
| 277. INDRA SISTEMAS | A | Dividend | J | T | Buy (add'l) | 12/26/13 | J | | |
| 278. INTUIT INC | A | Dividend | | | Sold | 11/27/13 | J | A | |
| 279. ISIS PHARMACEUTICALS (X) | | None | J | T | Sold (part) | 09/26/13 | J | A | |
| 280. ITAU UNIBANCO BANCO HLGD (X) | A | Dividend | J | T | Buy (add'l) | 02/28/13 | J | | |
| 281. ITAU UNIBANCO BANCO HLGD (X) | | | | | Sold (part) | 05/24/13 | J | A | |
| 282. JP MORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 283. JTEKT CORP UNSPONSORED ADR | A | Dividend | J | T | Buy | 07/08/13 | J | | |
| 284. JACOBS ENGINEERING GROUP (Y) | | | | | | | | | |
| 285. JOHNSON & JOHNSON | A | Dividend | J | T | Sold (part) | 12/09/13 | J | A | |
| 286. JONES LANG LASALLE INC. | A | Dividend | J | T | Sold (part) | 03/08/13 | J | A | |
| 287. JOY GLOBAL INC | A | Dividend | J | T | Buy | 09/06/13 | J | | |
| 288. JUNIPER NETWORKS | | None | J | T | | | | | |
| 289. KLA-TENCOR CORP | A | Dividend | J | T | Sold (part) | 04/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. KEYCORP - NEW (X) | A | Dividend | J | T | | | | | |
| 291. L 3 COMMUNICATIONS HLDGS INC. | A | Dividend | J | T | | | | | |
| 292. LIBERTY INTERACTIVE CP INTER A | | None | J | T | | | | | |
| 293. LIBERTY MEDIA HLDG CORP CAP SER A | | None | J | T | | | | | |
| 294. LIXIL GROUP CORP ADR | A | Dividend | J | T | Buy | 11/21/13 | J | | |
| 295. LLOYDS BANKING GROUP PLC (X) | | None | J | T | Sold (part) | 11/21/13 | J | A | |
| 296. MARINE HARVEST ASA ADR | A | Dividend | J | T | | | | | |
| 297. MARKS & SPENCER GROUP PLC SPONSORED ADR | | | | | | | | | SEE PART VIII #5. |
| 298. MATTEL INC | A | Dividend | J | T | Sold (part) | 01/18/13 | J | A | |
| 299. MERCK & CO INC. | A | Dividend | J | T | | | | | |
| 300. MICROSOFT | A | Dividend | J | T | Sold (part) | 10/16/13 | J | A | |
| 301. MONSANTO CO | A | Dividend | J | T | | | | | |
| 302. MUENCHENER RUECK-UNSPONS ADR (Y) | | | | | | | | | |
| 303. MURATA MFG | A | Dividend | | | Sold | 05/23/13 | J | A | |
| 304. NASDAQ OMX GROUP INC. (X) | A | Dividend | J | T | | | | | |
| 305. NATIONAL OILWELL VARCO INC | A | Dividend | J | T | | | | | |
| 306. NETAPP INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. NIKE INC CL B | A | Dividend | J | T | Sold (part) | 09/26/13 | J | A | |
| 308. NINTENDO CO LTD (Y) | | | | | | | | | |
| 309. NOVARTIS AG ADER | A | Dividend | J | T | | | | | |
| 310. NSK LTD (X) | A | Dividend | J | T | | | | | |
| 311. NUCOR CORP | A | Dividend | J | T | Buy (add'l) | 09/26/13 | J | | |
| 312. OCCIDENTAL PETROLEUM CORP DE | A | Dividend | J | T | | | | | |
| 313. OSHKOSH TRUCK CORP (X) | | None | | | Sold | 08/21/13 | J | A | |
| 314. OTSUKA HOLDINGS CO LTD UNS ADR | A | Dividend | J | T | Buy | 07/16/13 | J | | |
| 315. PALL CORP COMMON STOCK | A | Dividend | J | T | Sold (part) | 12/09/13 | J | A | |
| 316. PEABODY ENERGY CORP (Y) | | | | | | | | | |
| 317. PEBBLEBROOK HOTEL TRUST | A | Dividend | J | T | Sold (part) | 01/25/13 | J | A | |
| 318. PENTAIR LTD (X) | A | Dividend | J | T | | | | | |
| 319. PEPSICO INC | A | Dividend | J | T | | | | | |
| 320. PLANTRONICS INC (Y) | | | | | | | | | |
| 321. PROCTER & GAMBLE CO (X) | A | Dividend | | | Sold | 12/17/13 | J | A | |
| 322. PUBLICIS GROUP | A | Dividend | J | T | | | | | |
| 323. QUALCOMM INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. RAYTHEON CO | A | Dividend | J | T | Buy | 04/01/13 | J | | |
| 325. RED HAT INC | | None | J | T | Buy | 12/11/13 | J | | |
| 326. REGIONS FINANCIAL CORP | A | Dividend | J | T | | | | | |
| 327. REXAM PLC | A | Dividend | J | T | Sold (part) | 07/19/13 | J | A | |
| 328. SAFEWAY INC NEW | A | Dividend | J | T | Sold (part) | 9/20/13 | J | A | |
| 329. SAFRAN SA | A | Dividend | J | T | Sold (part) | 10/22/13 | J | A | |
| 330. SANDISK CORP | | None | J | T | | | | | |
| 331. SANOFI SPONS ADR | A | Dividend | J | T | Sold (part) | 08/28/13 | J | A | |
| 332. SCHLUMBERGER LTD | A | Dividend | J | T | Sold (part) | 04/01/13 | J | A | |
| 333. SCHNEIDER ELECT SA | A | Dividend | J | T | Sold (part) | 05/22/13 | J | A | |
| 334. SEAGATE TECHNOLOGY | A | Dividend | J | T | Sold (part) | 12/09/13 | J | B | |
| 335. SHIN ETSU CHEM CO (X) | A | Dividend | | | Buy (add'l) | 7/8/13 | J | | |
| 336. SHIN ETSU CHEM CO (X) | | | | | Sold | 11/22/13 | J | A | |
| 337. SOTHEBYS DELAWARE (Y) | | | | | | | | | |
| 338. STATE STREET CORP | A | Dividend | J | T | Buy | 03/27/13 | J | | |
| 339. SUMITOMO MITSUI FINL GROUP INC | A | Dividend | J | T | Buy | 11/21/13 | J | | |
| 340. SYMANTEC CORP | A | Dividend | J | T | Sold (part) | 03/12/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. TECHTRONIC IND LTD SPONS ADR (X) | A | Dividend | J | T | Sold (part) | 07/16/13 | J | A | |
| 342. TE CONNECTIVITY LTD-CHF | A | Dividend | J | T | Sold (part) | 09/26/13 | J | A | |
| 343. TELEPERFORMANCE SA UNSP ADR | | None | J | T | Buy | 07/23/13 | J | | |
| 344. TERADYNE INC | | None | J | T | Buy | 07/31/13 | J | | |
| 345. TEVA PHARMACEUTICAL INDS LTD | A | Dividend | J | T | Buy | 03/11/13 | J | | |
| 346. TEXAS INSTRUMENTS INC. | A | Dividend | J | T | Sold (part) | 03/20/13 | J | A | |
| 347. THE ADT CORPORATION COM | A | Dividend | J | T | | | | | |
| 348. THERMO FISHER SCIENTIFIC | A | Dividend | J | T | Sold (part) | 07/22/13 | J | A | |
| 349. TOTAL S A SPON ADR | A | Dividend | J | T | Buy | 08/28/13 | J | | |
| 350. TRAVELSKY TECH LTD SPONS ADR | | None | J | T | Buy | 02/28/13 | J | | |
| 351. TYCO INTL LTD | A | Dividend | J | T | | | | | |
| 352. UBS AG | A | Dividend | J | T | | | | | |
| 353. US BANCORP | A | Dividend | J | T | | | | | |
| 354. UNILEVER PLOC SPONS ADR NEW | A | Dividend | J | T | Sold (part) | 07/25/13 | J | A | |
| 355. UNILEVER NV NY SHS-NEW (X) | A | Dividend | J | T | | | | | |
| 356. UNITED PARCEL SERVICE | A | Dividend | J | T | | | | | |
| 357. UNITEDHEALTH GROUP INC. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. VEECO INSTRUMENTS INC DEL | | None | J | T | Sold (part) | 04/24/13 | J | A | |
| 359. VERTEX PHARMACEUTICALS (X) | | None | J | T | | | | | |
| 360. VISA INC COM | A | Dividend | J | T | Sold (part) | 07/22/13 | J | A | |
| 361. VODAFONE COMMON STOCK | A | Dividend | J | T | Sold (part) | 02/08/13 | J | A | |
| 362. W W GRAINGER INC | | None | J | T | Buy | 12/23/13 | J | | |
| 363. WPP PLC ADR | A | Dividend | J | T | | | | | |
| 364. WEATHERFORD INTL LTD NEW | | None | J | T | Buy (add'l) | 02/28/13 | J | | |
| 365. WESTFIELD GROUP ADR | A | Dividend | | | Sold | 07/30/13 | J | A | |
| 366. WEYERHAEUSER CO. COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 09/03/13 | J | | |
| 367. WEYERHAEUSER CO. COMMON STOCK | | | | | Sold (part) | 04/01/13 | J | A | |
| 368. WHEELOCK & CO | A | Dividend | | | Sold | 07/16/13 | J | A | |
| 369. YUM BRANDS INC | A | Dividend | J | T | Buy | 10/15/13 | J | | |
| 370. NEW YORK CITY TRANSITIONAL | A | Interest | | | Sold | 11/01/13 | J | A | |
| 371. DORMITORY AUTHORITY OF THE STATE OF NEW YORK | A | Interest | K | T | | | | | |
| 372. NEW YORK ST ENVIRONMENTAL FACS CORP | A | Interest | | | Sold | 01/31/13 | K | A | |
| 373. TRIBOROUGH BRDG | A | Interest | K | T | | | | | |
| 374. ERIE CNTY N Y WTR AUTH | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. NEW YORK ST URBAN DEV CORP | A | Interest | K | T | | | | | |
| 376. ONONDAGA CNTY N Y TR CULTURAL RES REV | A | Interest | K | T | | | | | |
| 377. NEW YORK NY CITY GENL OBLIG | A | Interest | | | Sold | 10/28/13 | K | A | |
| 378. METROPOLITAN TRANSPORTATION AUTH | A | Interest | K | T | | | | | |
| 379. NEW YORK ST DORM AUTH 3RD GENL | A | Interest | K | T | | | | | |
| 380. EMPIRE ST NEW YORK DEV CORP | A | Interest | J | T | | | | | |
| 381. NEW YORK NY CITY TRANSITIONAL FIN AUTH REV-B | A | Interest | | | Sold | 11/01/13 | K | A | SEE PART VIII #6 |
| 382. NEW YORK ST DORM AUTH REVS ST SUPPORTED DEBT REV | A | Interest | K | T | | | | | SEE PART VIII #7 |
| 383. NEW YORK & NEW JERSEY PORT AUTH SER-179 | | None | K | T | Buy | 11/27/13 | K | | |
| 384. NEW YORK CITY MUN WTR AU WTR & SWR | A | Interest | K | T | Buy | 02/11/13 | K | | |
| 385. ERIE CNTY NY FISCAL STABILITY AUTH | | None | K | T | Buy | 08/27/13 | K | | |
| 386. NEW YORK N Y CITY TRANSITIONAL FIN AUTH REV-E | A | Interest | K | T | Buy | 02/01/13 | K | | |
| 387. METROPOLITAN TRANSPORTATION AUTHORITY REV-E | | None | K | T | Buy | 11/15/13 | K | | |
| 388. ACCOUNT # 5 | | | | | | | | | |
| 389. -SMITH BARNEY MONEY MARKET | A | Dividend | K | T | | | | | |
| 390. -MIAMI-DADE CNTY FLA SCH DIST RFDG FSA | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 391. -ALLEGHENY CNTY PA HOSP DEV AUTH REV UNIV PITTSBURGH MED | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| SIRAGUSA, CHARLES J. | 10/29/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) I MISTAKENLY INCLUDED THIS HOLDING ON MY 2012 FINANCIAL DISCLOSURE. IT WAS IN FACT SOLD ON DECEMBER 20, 2011 FOR NO GAIN

2) I INADVERTENTLY FAILED TO INCLUDE THIS HOLDING ON MY 2012 FINANCIAL DISCLOSURE. IT WAS PURCHASED ON MAY 25, 2012.

3) THIS HOLDING WAS MISTAKENLY INCLUDED ON MY 2012 FINANCIAL DISCLOSURE AS A PARTIAL SALE, IT WAS ENTIRELY SOLD IN 2012.

4) THIS HOLDING WAS MISTAKENLY INCLUDED ON MY 2012 FINANCIAL DISCLOSURE. IT WAS IN FACT SOLD ON FEBRUARY 16, 2012 FOR A $28 GAIN.

5) THIS HOLDING WAS MISTAKENLY INCLUDED ON MY 2012 FINANCIAL DISCLOSURE. IT WAS IN FACT SOLD IN 2012 FOR A TOTAL GAIN OF $153.

6) THIS HOLDING WAS INAVERTENTLY OMITTED FROM MY 2012 FINANCIAL DISCLOSURE. IT WAS PURCHASED ON JANUARY 15, 2010.

7) THIS HOLDING WAS INAVERTENTLY OMITTED FROM MY 2012 FINANCIAL DISCLOSURE. IT WAS PURCHASED ON FEBRUARY 2, 2012.

| Name of Person Reporting | Date of Report |
| --- | --- |
| SIRAGUSA, CHARLES J. | 10/29/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CHARLES J. SIRAGUSA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544